IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| | : | |
| WIDMAY DORVILIER, | : | VIOLATIONS: |
| also known as Widmayer | : | |
| | : | 18 U.S.C. §§ 1203(a) |
| and | : | (Hostage Taking) |
| | : | |
| JEROME JOSEPH, | : | |
| also known as James Pierre, | : | 18 U.S.C. § 924(c) |
| | : | (Use of a Firearm During a Crime |
| | : | of Violence) |
| Defendants. | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting and Causing |
| | : | an Act to be Done) |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

At all times material to this Indictment, except as otherwise indicated:

   **A.**  The Defendants

1. Defendant **WIDMAY DORVILIER**, also known as WIDMAYER, was a citizen of the Republic of Haiti.

2. Defendant **JEROME JOSEPH**, also known as JAMES PIERRE, was a citizen of the Republic of Haiti.

**B.** Victim of the October 2005 Hostage Taking

3. The child victim was a United States national and citizen.

.         **C.** Jurisdiction and Venue

4. All events alleged in this Indictment took place within the Republic of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

**D.** The Offense

5. From on or about October 11, 2005, and continuing to on or about October 14, 2005, defendants **WIDMAY DORVILIER**, also known as WIDMAYER, and **JEROME JOSEPH**, also known as JAMES PIERRE, together with others whose identities are known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and continue to detain a child victim in order to compel a third person to do an act, namely, to pay ransom, as an explicit and implicit condition for the release of the child victim, a United States national and citizen.

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2.)

### COUNT TWO

1. The allegations set forth in paragraphs one through four of Count One are hereby re-alleged and incorporated herein by reference.

2. Beginning on or about October 11, 2005 and continuing to on or about October 14, 2005, defendants **WIDMAY DORVILIER**, also known as WIDMAYER, and **JEROME JOSEPH**, also known as JAMES PIERRE, together with others whose identities are known and unknown to the

Grand Jury, did knowingly use and carry during and in relation to, and possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment, a firearm, that is, a handgun.

(**Use of a Firearm During a Crime of Violence and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Section 924(c) and 2.)


_____A TRUE BILL:


_____FOREPERSON


Attorney of the United States in
and for the District of Columbia