

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

**FILED**

DEC 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TO:**    UNITED STATES DISTRICT COURT
E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUITON AVENUE, N.W.
WASHINGTON, D.C.  20001-2802

**RE:**    U.S.A. vs. DORVILIER & JOSEPH

OUR CASE NUMBER  05_3508-TURNOFF
YOUR CASE NUMBER 05_410

*CR 05-410-CKK*

**DATE:**    12/22/05

**SEALED**

===============================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to
                    (Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

       XX          Original file

       _____          Certified File (pertinent papers only)

       _____          Magistrate Proceedings

       _____          CASH Bond  Amount $_____
                    (Note:  Cash is not included in this transmittal and will
                    be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely

By__COLETTE FARRINGTON_____
            Deputy Clerk

CLOSED INTERP

U.S. District Court
Southern District of Florida (Miami)    CR 05-410-CKK

CRIMINAL DOCKET FOR CASE #: 05-M -3508-ALL

USA v. Dorvilier, et al                          Filed: 12/12/05
Dkt# in other court: None

Case Assigned to:  Magistrate Judge William C. Turnoff

WIDMAY DORVILIER (1) , DOB:        Public Defender
1/1/81  Prisoner No. 76289-          [term 12/21/05]
004; CREOLE INTERPRETER            FTS 536-4559
aka                                305-530-7000
Widmayer                           [COR LD NTC pda]
      defendant                    Federal Public Defender's
 [term 12/21/05]                   Office
                                   150 W Flagler Street
                                   Miami, FL 33130-1556
                                   305-530-7000


Pending Counts:

   NONE


Terminated Counts:

   NONE
                                                    SEALED

Complaints                         Disposition

Warrants for Arrest on
Indictment from the District
of       Columbia (Case No.
05-410) Hostage Taking; Use of
a Firearm  During a Crime of
Violence; Aiding and Abetting
and Causing  an Act to be Done

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature] Maedon Clark
                        Deputy Clerk
Date  12-21-05

========================

Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al                                                   CLOSED
                                                                                              INTERP

Case Assigned to: Magistrate Judge William C. Turnoff

JEROME E. JOSEPH (2) , DOB:            Monique Arianne Brochu
3/29/82  Prisoner No. 76288-            [term 12/21/05]
004; CREOLE INTERPRETER                FTS 713-2725
aka                                     954-713-2724
James Pierre                           Suite 700
       defendant                       [COR LD NTC cja]
   [term 12/21/05]                     1 E Broward Boulevard
                                       Fort Lauderdale, FL 33301

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints                                     Disposition

Warrants for Arrest on
Indictment from the District
of        Columbia (Case No.
05-410) Hostage Taking; Use of
a Firearm  During a Crime of
Violence; Aiding and Abetting
and Causing  an Act to be Done

Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al                                    CLOSED
                                                                          INTERP

WIDMAY DORVILIER, also known as Widmayer, DOB: 1/1/81
Prisoner No. 76289-004; CREOLE INTERPRETER

       defendant


=========================

JEROME E. JOSEPH, also known as James Pierre, DOB: 3/29/82
Prisoner No. 76288-004; CREOLE INTERPRETER

       defendant


=========================

USA

       plaintiff

U. S. Attorneys:

  NONE

```
Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al                              CLOSED
                                                                        INTERP
12/10/05 --      ARREST (Rule 40) of Widmay Dorvilier, Jerome E. Joseph
                 for District of Columbia (md) [Entry date 12/21/05]

12/12/05 1       REPORT Commencing Criminal Action as to Widmay Dorvilier
                 DOB: 1/1/81   Prisoner # 76289-004; CREOLE INTERPRETER (md)
                 [Entry date 12/21/05]

12/12/05 2       REPORT Commencing Criminal Action as to Jerome E. Joseph
                 DOB: 3/29/82   Prisoner # 76288-004; CREOLE INTERPRETER (md)
                 [Entry date 12/21/05]

12/12/05 3       COPY of Warrants for Arrest and Indictment by USA as to
                 Widmay Dorvilier, Jerome E. Joseph from the District of
                 Columbia (hostage taking; use of a firearm during a crime
                 of violence; aiding and abetting and causing an act to be
                 done) (md) [Entry date 12/21/05]

12/12/05 4       ORDER on Initial Appearance as to Widmay Dorvilier. Bond
                 set to Temporary Pretrial Detention. for Appointment of
                 Public Defender Detention hearing set for 10:00 12/16/05
                 Removal hearing set for 10:00 12/27/05 before Duty
                 Magistrate, ,  ( Signed by Magistrate Judge William C.
                 Turnoff on 12/12/05) Tape # 05g-82-351 CCAP (md)
                 [Entry date 12/21/05]

12/12/05 5       ORDER on Initial Appearance as to Jerome E. Joseph. Monique
                 Brochu appointed as CJA counsel of record.  Bond set to
                 Temporary Pretrial Detention. Detention hearing set for
                 10:00 12/16/05; Removal hearing set for 10:00 12/16/05
                 before Duty Magistrate, ,  ( Signed by Magistrate Judge
                 William C. Turnoff on 12/12/05) Tape # 05G-82-351 CCAP (md)
                 [Entry date 12/21/05]

12/12/05 6       INTERPRETER required for Widmay Dorvilier, Jerome E. Joseph
                  Language: CREOLE (md) [Entry date 12/21/05]

12/16/05 7       ORDER as to Widmay Dorvilier, Jerome E. Joseph Reset
                 Detention Hearing for 10:00 12/19/05 before Duty
                 Magistrate ( Signed by Magistrate Judge William C. Turnoff
                 on 12/16/05) [EOD Date: 12/21/05] Tape # 05G-85-1925 CCAP
                 (md) [Entry date 12/21/05]

12/19/05 8       STIPULATED ORDER OF DETENTION as to Widmay Dorvilier
                 (Signed by Magistrate Ted E. Bandstra on 12/19/05) Tape #
                 05E-52-213 CCAP (md) [Entry date 12/21/05]

12/19/05 9       STIPULATED ORDER OF DETENTION as to Jerome E. Joseph
                 (Signed by Magistrate Ted E. Bandstra on 12/19/05) Tape #
                 05E-52-213 CCAP (md) [Entry date 12/21/05]

12/19/05 10      WAIVER of Rule 40 Hearings by Widmay Dorvilier (md)
                 [Entry date 12/21/05]
```

Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al                                        CLOSED
                                                                            INTERP

12/19/05 11        WARRANT OF REMOVAL by Widmay Dorvilier. Defendant waived
                   removal and is ordered removed to the District of Columbia.
                   (Signed by Magistrate Judge Ted E. Bandstra on 12/19/05)
                   Tape No. 05E-52-213 (md) [Entry date 12/21/05]

12/19/05 12        WAIVER of Rule 40 Hearings by Jerome E. Joseph (md)
                   [Entry date 12/21/05]

12/19/05 13        WARRANT OF REMOVAL as to Jerome E. Joseph. Defendant waived
                   removal and is ordered removed to the District of Columbia.
                   (Signed by Magistrate Judge Ted E. Bandstra on 12/19/05)
                   Tape No. 05E-52-213 (md) [Entry date 12/21/05]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508- Twinoff

UNITED STATES OF AMERICA,

& CR05-410-CKK

v.

Jerome Joseph #76288-004        WARRANT OF REMOVAL

FILED by A.V. D.C.
MAG. SEC

DEC 19 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

A(n)_____ Complaint

__X__ Indictment

_____ Information

_____ Probation Violation Warrant

_____ Bench Warrant                    SEALED

having been filed in the ___Washington DC___ charging
the above named defendant with ___Hostage Taking___
and the defendant having

_____ surrendered

__XX__ been arrested

in the Southern District of Florida, having had an initial appearance before the
Court and having:

__X__ waived further hearing

_____ been given a hearing in accordance
        with **Fed.R.Crim.P.** 40.

having not posted the bail as set by the Court, the defendant is hereby committed
to the custody of the United States Marshal for removal to the District where the
charge is pending and delivery to the United States Marshal for that District or
his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this __19__ day of __December__, 2005.
TAPE NO. 05E- 52-213

_____
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: OS 350Y Tvnel P CR05-410-CKK

UNITED STATES OF AMERICA,

vs.
_Jerome Joseph_

**SEALED**

FILED by _____ D.C.
MAG. SEC.

DEC 19 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### WAIVER

I, _Jerome Joseph_ , the above-named defendant,
being advised of the nature of the charge(s) pending against me in
the U.S. District Court, Southern District of Florida, hereby
acknowledge the following facts to be true:

> 1)  I have been fully advised of my rights, specifically my
> right to _Removal Hearing_ .
> 2)  I possess full knowledge and understanding of the charges
> pending against me in this case.
>
> 3)  Of my own free will, I do hereby refuse and waive in open
> court on _December 19, 2005_ , my right to
> _____

DATED:                                    _JEROME JOSEPH_
                                          _____
                                          Defendant
                                          _Monique Bushu_
                                          _____
                                          Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the
defendant, having been advised of his constitutional rights, has
refused and waived his/her right to _Removal Hrg_

DATED this _19_ day of _December_ , 20_05_ , at _Miami, FL_
Southern District of Florida.

TAPE 05E- _52-213_          _T.E.B_
                            _____
                            TED E. BANDSTRA
                            UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __05-3508-Turnoff__ CR 05-410-CKK

UNITED STATES OF AMERICA,

v.

Widmay Dorvilien

**WARRANT OF REMOVAL**

FILED by MAG. SEC.   D.C.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SEALED

A(n) _____ Complaint

__X__ Indictment

_____ Information

_____ Probation Violation Warrant

_____ Bench Warrant

having been filed in the ___Washington DC___ charging
the above named defendant with ___Hostage Taking___
and the defendant having

_____ surrendered

__XX__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__X__ waived further hearing

_____ been given a hearing in accordance with **Fed.R.Crim.P. 40.**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this __19__ day of __December__, 2005.
TAPE NO.05E- __5283__

TED E. BANDSTRA
**UNITED STATES MAGISTRATE JUDGE**

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _05-350-8 Turnoff_ CR05-410-CKK

UNITED STATES OF AMERICA,

vs.

_Widmay Dorvilier_

**WAIVER** SEALED

FILED by _____ D.C.
MAG. SEC.

DEC 19 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I, _Widmay Dorvillier_, the above-named defendant,

being advised of the nature of the charge(s) pending against me in

the U.S. District Court, Southern District of Florida, hereby

acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my
right to_ _Removal Hrg_ .

2) I possess full knowledge and understanding of the charges
pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open
court on _December 19, 2005_ , my right to
_____

DATED:

_DORVILIER Widmay_
_____
Defendant

_____
Counsel for Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the
defendant, having been advised of his constitutional rights, has
refused and waived his/her right to _Removal Hearing_

DATED this_ 19 _ day of _December_ , 2005 , at _Miami, FL_
Southern District of Florida.

TAPE 05E-_52-213_

_____
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-3508-TURNOFF

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEROME JOSEPH

Defendant.

Stipulated

**ORDER OF DETENTION**

CR 05-410-CKK

SEALED

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f).  At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record.  It is thereupon

**ORDERED AND ADJUDGED** as follows:

1.  The Defendant, _ABOVE  NAMED DEFENDANT_, shall be detained pending trial, _as a risk of flight/danger to the community_ in this case for the reasons stated on the record by the Court.

2.  A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this 19 day of_DECEMBER_, 2005.

TAPE NO.05E-52-213

**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

c:AUSA
  Defense Counsel
  Pretrial
  U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508-TURNOFF

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                     **ORDER OF DETENTION**

WIDMAN DORVILIER                                        CR05-410-CKK

SEALED

_____ Defendant. _____

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant, ABOVE NAMED DEFENDANT, shall be detained pending trial, as a risk of flight/danger to the community in this case for the reasons stated on the record by the Court.

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this 19 day of DECEMBER, 2005.

TAPE NO.05E-52-213

_____
**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

c:AUSA
  Defense Counsel
  Pretrial
  U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508 - Turnoff

UNITED STATES OF AMERICA,

Plaintiff,

CR05-410-CKK

FILED by _____ D.C.
MAG. SEC.

DEC 1 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

v.

Widnay Dorvilier
and Jerome Joseph
_____/

### ORDER RESETTING

SEALED

THIS CAUSE is before the Court for a Detention Hearing, Removal Hearing, Bond

Hearing, Status Conference.

The Court having heard argument, and for good cause shown by the defendant,

government, and with no objections.

Detention Hrg. _is Reset to 12/19/05 @10^AM_

Bond Hrg. _____

Removal Hrg. _____

Status Conference_____

DONE AND ORDERED at Miami, Florida, this _16_ day of _Dec., 2005._

TAPE NO. 05G-85-1925

_____
WILLIAM C. TURNOFF
U.S. MAGISTRATE JUDGE

c: All parties

CASE NUMBER  05-3508-TURNOFF

CR05-410-CKK



INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE    CREOLE

SEALED

DEFENDANT(S) WIDMAY DORVILIER

JEROME JOSEPH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   05-3508-TURNOFF   CR 05-410-CKK

UNITED STATES OF AMERICA

        Plaintiff,

v.

JEROME JOSEPH

**DOB:03/29/82**   **#76288-004**

        Defendant.

FILED by _____ D.C.
MAG. SEC.

DEC 1 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

_____/

### ORDER ON INITIAL APPEARANCE

**SEALED**

AUSA _Karen Rochlin_
Agent  FBI

Language CREOLE
Tape No. 05G- 82-357

    The above-named defendant having been arrested on 12/10/05 _____ having appeared before the court for initial appearance **on   12/12/05** _____and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____  Telephone: _____
2. AFPD ( Miah Settle ) CJA appointed as permanent counsel of record.
   Address: _____ Monique Brochu ____
   Zip Code: _____  Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
   _____, 2005.
4. ~~Arraignment/Preliminary~~/Removal/Identity hearing is set for 10am   12-27 _____, 2005.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
   because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am   12-16 _____, 2005.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond,
   pursuant to 18 U.S.C. Section 3142:

   _____
   _____

   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ____a. Surrender all passports and travel document to the Pretrial Services Office.
   ____b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
   ____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

## JEROME JOSEPH

\_\_\_d. Maintain or actively seek full time gainful employment.
\_\_\_e. Maintain or begin an educational program.
\_\_\_f. Avoid all contact with victims of or witnesses to the crimes charged.
\_\_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
\_\_\_h. Comply with the following curfew: _____
\_\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
\_\_\_j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth therein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this <u>12th</u> day of <u>DECEMBER</u>, 2005.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
U.S. Marshal
Defense Counsel
Pretrial Services

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.    05-3508-TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

WIDMAY DORVILIER

**DOB:01/01/81**    **#76289-004**

    Defendant.

_____/

CR05-410-CKK

FILED by _____ D.C.
MAG. SEC.

DEC 1 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

AUSA _Karen Rochlin_    **ORDER ON INITIAL APPEARANCE**    **SEALED**

Agent FBI    Language CREOLE

    Tape No. 05G-82-35 1

The above-named defendant having been arrested on 12/10/05 having appeared before the court for initial appearance on 12/12/05 and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone: _____

2. AFPD (Mark Seltes) _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2005.

4. ~~Arraignment/Preliminary~~/Removal/Identity hearing is set for 10am  12-27 , 2005.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am  12-16  , 2005.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____a. Surrender all passports and travel document to the Pretrial Services Office.

____b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____

____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

## WIDMAY DORVILIER

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303
(2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon
notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
   conditions set forth therein or those later ordered by the court, the defendant is subject to arrest and
   revocation of release and to various civil and criminal sanctions for any violation of those conditions.
   These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has
   been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at <u>Miami, Florida</u> this _____ day of __DECEMBER__, 2005.

                                    **WILLIAM C. TURNOFF**
                                    **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   U.S. Marshal
   Defense Counsel
   Pretrial Services

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO. 0 5 - 4 1 0 | MAGIS. NO: |
|---|---|---|

**V.**

**WIDMAY DORVILIER,**
**also known as Widmayer**

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**WIDMAY DORVILIER,**
**also known as Widmayer**

05-3508-TURNOFF

FILED by MAG. SEC. D.C.

DOB: xx/xx/1981    PDID:

CR05-410-CKK

DEC 1 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.
MIAMI

| WARRANT ISSUED ON THE | Indictment | DISTRICT OF ARREST |
|---|---|---|

| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hostage Taking

Use of a Firearm During a Crime of Violence

Aiding and Abetting and Causing an Act to be Done

SEALED

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a)    18 U.S.C. § 2

18 U.S.C. § 924(c)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE JUDGE/MAGISTRATE JUDGE DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: NOV 1 6 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: NOV 1 6 2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO. 05 - 4 1 0 | MAGIS. NO: |
|---|---|---|

V.

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

JEROME JOSEPH,
also known as James Pierre

JEROME JOSEPH,
also known as James Pierre

CR 05-410-CKK

05-3508-TURNOFF

DOB:    xx/xx/1982    PDID:

**DISTRICT OF ARREST**

WARRANT ISSUED ON THE    Indictment

TO:    ANY UNITED STATES MARSHAL OR
OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before
the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Hostage Taking

Use of a Firearm During a Crime of Violence

Aiding and Abetting and Causing an Act to be Done

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

SEALED

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a)    18 U.S.C. § 2

18 U.S.C. § 924(c)

BAIL FIXED BY COURT:

OTHER CONDITIONS OF RELEASE:

ORDERED BY: DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

DATE ISSUED:
NOV 16 2005

CLERK OF COURT:
Nancy Mayer-Whittington

BY DEPUTY CLERK:

DATE:
NOV 16 2005

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: **0 5 - 4 1 0** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | |
| WIDMAY DORVILIER, | : | **VIOLATIONS:** |
| also known as Widmayer | : | |
| | : | 18 U.S.C. §§ 1203(a) |
| and | : | (Hostage Taking) |
| | : | |
| JEROME JOSEPH, | : | |
| also known as James Pierre, | : | 18 U.S.C. § 924(c) |
| | : | (Use of a Firearm During a Crime |
| | : | of Violence) |
| Defendants. | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting and Causing |
| | : | an Act to be Done) |

**SEALED**

**FILED IN OPEN COURT**

### INDICTMENT

**NOV 1 6 2005**

KOLLAR-KOTELLY J. CKK

The Grand Jury Charges that:

**CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA**

### COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

#### A. The Defendants

1. Defendant **WIDMAY DORVILIER**, also known as WIDMAYER, was a citizen of the Republic of Haiti.

2. Defendant **JEROME JOSEPH**, also known as JAMES PIERRE, was a citizen of the Republic of Haiti.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON CL.

By _____
Deputy Clerk

**B.** Victim of the October 2005 Hostage Taking

3. The child victim was a United States national and citizen.

**C.** Jurisdiction and Venue

4. All events alleged in this Indictment took place within the Republic of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

**D.** The Offense

5. From on or about October 11, 2005, and continuing to on or about October 14, 2005, defendants **WIDMAY DORVILIER**, also known as WIDMAYER, and **JEROME JOSEPH**, also known as JAMES PIERRE, together with others whose identities are known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and continue to detain a child victim in order to compel a third person to do an act, namely, to pay ransom, as an explicit and implicit condition for the release of the child victim, a United States national and citizen.

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2.)

## COUNT TWO

1. The allegations set forth in paragraphs one through four of Count One are hereby re-alleged and incorporated herein by reference.

2. Beginning on or about October 11, 2005 and continuing to on or about October 14, 2005, defendants **WIDMAY DORVILIER**, also known as WIDMAYER, and **JEROME JOSEPH**, also known as JAMES PIERRE, together with others whose identities are known and unknown to the

2

Grand Jury, did knowingly use and carry during and in relation to, and possess in furtherance of, a

crime of violence for which they may be prosecuted in a court of the United States, that is, Count

One of this Indictment, a firearm, that is, a handgun.

(Use of a **Firearm During a Crime of Violence and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Section 924(c) and 2.)

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia





# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CR05-410-CKK

UNITED STATES OF AMERICA
                    Plaintiff

                    -vs-

*Jerome Joseph*
                              Defendant

CASE NUMBER: CR: 05- 410 DC.
05-3508 Turnoff
REPORT COMMENCING CRIMINAL
                    ACTION

76 288-004
USMS NUMBER

SEALED

FILED by MAG. SEC. ___ D.C.
DEC 1 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT                (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) DATE AND TIME OF ARREST: 12/10/05                    A M _____ P.M 3:10 PM

(2) LANGUAGE SPOKEN: _Creole_

(3) OFFENSE (S) CHARGED: Overseas Kidnaping of U.S. Citizen

(4) DATE OF BIRTH: 03/29/1982

(5) TYPE OF CHARGING DOCUMENT:        (CHECK ONE)
    { ✓ } INDICTMENT    {  } COMPLAINT TO BE FILED/ALREADY FILED
    {  } BENCH WARRANT FOR FAILURE TO APPEAR
    {  } PROBATION VIOLATION WARRANT
    {  } PAROLE VIOLATION WARRANT
    ORINGINATING DISTRICT: _____ D.C.

(6) REMARKS: _____

(7) DATE: 12/10/05    (8) ARRESTING OFFICER: SA Kenith Jeff

(9) AGENCY: FBI    (10) PHONE: 305-944-9101

(11)COMMENTS: _____




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CR05-410-CKK

UNITED STATES OF AMERICA
                    Plaintiff

                    -vs-

Widmay Dorvilier _____
                              Defendant

CASE NUMBER: CR: 05-410  D.C.
05-3508-Turnoff
REPORT COMMENCING CRIMINAL
ACTION

76289-004

~~SEALED~~  USMS NUMBER

FILED BY _____ MAG. SEC. _____ D.C.

DEC 12 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT              (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) DATE AND TIME OF ARREST: 12/10/2005     A M _____  P M 3:10

(2) LANGUAGE SPOKEN: Creole

(3) OFFENSE (S) CHARGED: Kidnaping of U.S. Citizen

(4) DATE OF BIRTH: 01/01/1981

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
    { ✓ } INDICTMENT    {  } COMPLAINT TO BE FILED/ALREADY FILED
    {  } BENCH WARRANT FOR FAILURE TO APPEAR
    {  } PROBATION VIOLATION WARRANT
    {  } PAROLE VIOLATION WARRANT
    ORINGINATING DISTRICT: _____

(6) REMARKS: _____

(7) DATE : 12/10/2005     (8) ARRESTING OFFICER: SA Kenith A. JETT

(9) AGENCY: FBI _____     (10) PHONE: 305-944-9101

(11) COMMENTS: _____