UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-410 (CKK)** |
| | : | |
| **WIDMAY DORVILIER,** | : | : |
| | : | |
| **Defendant** | : | |
| | : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of undersigned counsel in this case on behalf of Widmay Dorvilier, defendant, *nunc pro tunc* to January 26, 2006.

                              Submitted by
                              JOANNE VASCO, ESQUIRE
                              4102 Madison Street
                              Hyattsville, MD 20781
                              301.864.6424
                              Attorney for Widmay Dorvilier

[X]    CJA

[ ]    Retained