SEALED

# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>WIDMAY DORVILIER,<br>also known as Widmayer<br><br>DOB:          PDID: | DOCKET NO: 05-410 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>WIDMAY DORVILIER,<br>also known as Widmayer<br><br>FILED<br>JAN 2 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE          Indictment | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR<br>         OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hostage Taking

Use of a Firearm During a Crime of Violence

Aiding and Abetting and Causing an Act to be Done

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>18 U.S.C. §§ 1203(a)          18 U.S.C. § 2<br><br>18 U.S.C. § 924(c) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>NOV 16 2005 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>NOV 16 2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>11-16-05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
|---|---|---|
| DATE EXECUTED<br>1-24-06 | | |