

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

**TO:**   UNITED STATES DISTRICT COURT
E. BARRETT PRETTYMAN UNITED STATES
   COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C.   20001-2802

**RE:**   USA  vs JOSEPH

OUR CASE NUMBER   05-3508-TURNOFF
YOUR CASE NUMBER 05-410

**DATE:**   01/27/06

================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
             (Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

   XX           Original file **(SUPPL DE#15)**

   _____     Certified File (pertinent papers only)

   _____     Magistrate Proceedings

   _____     CASH Bond  Amount $_____
                (Note:  Cash is not included in this transmittal and will
                 be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely

By   **COLETTE FARRINGTON**
         Deputy Clerk



RECEIVED
FEB 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLOSED INTERP

U.S. District Court
FLS - Southern District of Florida Miami

CRIMINAL DOCKET FOR CASE #: 05-M -3508

USA v. Dorvilier, et al.                                          Filed: 12/12/05
Assigned to: William C. Turnoff


Dkt # in other court: None


WIDMAY DORVILIER (1) , DOB:           Public Defender
1/1/81  Prisoner No. 76289-             [term  12/21/05]
004; CREOLE INTERPRETER               FTS 536-4559
aka                                   305-530-7000
Widmayer                              [COR LD NTC pda]
    defendant                         Federal Public Defender's
 [term  12/21/05]                     Office
                                      150 W Flagler Street
                                      Miami, FL 33130-1556
                                      305-530-7000


Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints                            Disposition

Warrants for Arrest on
Indictment from the District
of        Columbia (Case No.
05-410) Hostage Taking; Use of
a Firearm  During a Crime of
Violence; Aiding and Abetting
and Causing  an Act to be Done

========================


JEROME E. JOSEPH (2) , DOB:           Monique Arianne Brochu
3/29/82  Prisoner No. 76288-            [term  12/21/05]
004; CREOLE INTERPRETER               FTS 713-2725
aka                                   954-713-2724
James Pierre                          Suite 700
    defendant                         [COR LD NTC cja]
 [term  12/21/05]                     1 E Broward Boulevard
                                      Fort Lauderdale, FL 33301

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints                            Disposition

Warrants for Arrest on
Indictment from the District
of        Columbia (Case No.
05-410) Hostage Taking; Use of
a Firearm  During a Crime of
Violence; Aiding and Abetting
and Causing  an Act to be Done

U. S. Attorneys:

*Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 1-20-06*

Docket as of January 20, 2006 4:27 pm                             Page 1

```
Proceedings include all events.
1:05M 3508      USA v. Dorvilier, et al.                        CLOSED
                                                                         INTERP

    NONE

  ----------------------------------

12/10/05 ---            ARREST (Rule 40) of Widmay Dorvilier, Jerome E. Joseph
                        for District of Columbia (md) [Entry date 12/21/05]

12/12/05   1            REPORT Commencing Criminal Action as to Widmay Dorvilier
                        DOB: 1/1/81  Prisoner # 76289-004; CREOLE INTERPRETER (md)
                        [Entry date 12/21/05]

12/12/05   2            REPORT Commencing Criminal Action as to Jerome E. Joseph
                        DOB: 3/29/82  Prisoner # 76288-004; CREOLE INTERPRETER (md)
                        [Entry date 12/21/05]

12/12/05   3            COPY of Warrants for Arrest and Indictment by USA as to
                        Widmay Dorvilier, Jerome E. Joseph from the District of
                        Columbia (hostage taking; use of a firearm during a crime
                        of violence; aiding and abetting and causing an act to be
                        done) (md) [Entry date 12/21/05]

12/12/05   4            ORDER on Initial Appearance as to Widmay Dorvilier. Bond
                        set to Temporary Pretrial Detention. for Appointment of
                        Public Defender Detention hearing set for 10:00 12/16/05
                        Removal hearing set for 10:00 12/27/05 before Duty
                        Magistrate, ,  ( Signed by Magistrate Judge William C.
                        Turnoff on 12/12/05) Tape # 05g-82-351 CCAP (md)
                        [Entry date 12/21/05]

12/12/05   5            ORDER on Initial Appearance as to Jerome E. Joseph. Monique
                        Brochu appointed as CJA counsel of record.  Bond set
                        to Temporary Pretrial Detention. Detention hearing set for
                        10:00 12/16/05; Removal hearing set for 10:00 12/16/05
                        before Duty Magistrate, ,  ( Signed by Magistrate Judge
                        William C. Turnoff on 12/12/05) Tape # 05G-82-351 CCAP (md)
                        [Entry date 12/21/05]

12/12/05   6            INTERPRETER required for Widmay Dorvilier, Jerome E. Joseph
                        Language: CREOLE (md) [Entry date 12/21/05]

12/16/05   7            ORDER as to Widmay Dorvilier, Jerome E. Joseph Reset
                        Detention Hearing for 10:00 12/19/05 before Duty
                        Magistrate ( Signed by Magistrate Judge William C. Turnoff
                        on 12/16/05) [EOD Date: 12/21/05] Tape # 05G-85-1925 CCAP
                        (md) [Entry date 12/21/05]

12/19/05   8            STIPULATED ORDER OF DETENTION as to Widmay Dorvilier
                        (Signed by Magistrate Ted E. Bandstra on 12/19/05) Tape #
                        05E-52-213 CCAP (md) [Entry date 12/21/05]

12/19/05   9            STIPULATED ORDER OF DETENTION as to Jerome E. Joseph
                        (Signed by Magistrate Ted E. Bandstra on 12/19/05) Tape #
                        05E-52-213 CCAP (md) [Entry date 12/21/05]

12/19/05   10           WAIVER of Rule 40 Hearings by Widmay Dorvilier (md)
                        [Entry date 12/21/05]

12/19/05   11           WARRANT OF REMOVAL by Widmay Dorvilier. Defendant waived
                        removal and is ordered removed to the District of Columbia.
                        (Signed by Magistrate Judge Ted E. Bandstra on 12/19/05)
                        Tape No. 05E-52-213 (md) [Entry date 12/21/05]

12/19/05   12           WAIVER of Rule 40 Hearings by Jerome E. Joseph (md)
                        [Entry date 12/21/05]

12/19/05   13           WARRANT OF REMOVAL as to Jerome E. Joseph. Defendant waived
                        removal and is ordered removed to the District of Columbia.
                        (Signed by Magistrate Judge Ted E. Bandstra on 12/19/05)
                        Tape No. 05E-52-213 (md) [Entry date 12/21/05]
```

```
Proceedings include all events.
1:05M 3508       USA v. Dorvilier, et al.                              CLOSED
                                                                            INTERP

12/29/05    14          ACKNOWLEDGMENT of receipt as to Widmay Dorvilier, Jerome E.
                        Joseph  of: original file  by: Washington, D.C. ; Date:
                        12/29/05 ; Other Court Case # 05_410 (mpc)
                        [Entry date 01/10/06]

01/20/06    15          CJA 20 as to Jerome E. Joseph : Appointment of Attorney
                        (Monique Brochu) Signed by Magistrate Judge William C.
                        Turnoff on 12/12/05) (mpc) [Entry date 01/20/06]
```

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| FLS | JOSEPH, JEROME | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:05-003508-002 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. JOSEPH (Turnoff) | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 924A.F -- PENALTIES UNDER 18:922(A),(D),(G),(I),(J) OR (O)

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Brochu, Monique A.
Southtrust Tower
1 E. Broward Blvd., Ste. 700
Ft. Lauderdale FL 33301

Telephone Number: (954) 713-2724

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)
Monique A. Brochu P.A. Law Offices
Southtrust Tower
1 E. Broward Blvd., Ste. 700
Ft. Lauderdale FL 33301

**13. COURT ORDER**
☒ O Appointing Counsel   ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney   ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
12/12/2005
Date of Order    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $_____) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $_____) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____ TO _____

| 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|
| | |

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |