UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 05-410 (CKK) |
| : | |
| WIDMAY DORVILIER, : | |
| : | |
| Defendant : | |
| : | |

## MOTION FOR INTERIM PAYMENT OF INTERPRETER

Defendant herein, Widmay Dorvilier, through counsel, requests this court to authorize payment for interpretive services on an interim basis. As reasons for this motion, defendant states the following:

1. Dorvilier is a Creole-speaking citizen of Haiti. He does not speak or understand the English language.

2. Attorney for Dorvilier is an English-speaking citizen of the United States who does not speak or understand the Spanish language.

3. The assistance of a Haitian Creole-speaking interpreter is necessary for attorney-client communication.

4. Attorney for Dorvilier conducts consultations with him roughly once each week at the D.C. Department of Corrections. These sessions last from 1-2 hours.

5. This court previously authorized payment to a Haitian Creole language interpreter in the amount of $1,000. Interpretive services provided thus far will cost at least $1,000.

6.      It would be more efficient for all concerned if one voucher is now issued authorizing the interpreter to request interim payments when his fee has reached the $1,000 mark.

**WHEREFORE**, the defendant prays that this motion be granted.

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Widmay Dorvilier