UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 05-410 (CKK) |
| : | |
| **WIDMAY DORVILIER,** : | |
|       **Defendant** : | |
| : | |

## ORDER

Due to the necessity for the defendant to be provided with a Haitian Creole-speaking interpreter to facilitate attorney-client communication, it is hereby

**ORDERED,** that a voucher be issued authorizing interim payments to a Haitian Creole-speaking interpreter, each interim voucher to be submitted for payment for each $1,000 worth of services rendered. Each interim voucher shall be consecutively numbered. When the interpreter's services are no longer needed, a final voucher shall be submitted. The notation "Final Voucher" should be typed at the top of the last voucher submitted for reimbursement.

_____   _____
**DATE**                                           **COLLEEN KOLLAR-KOTELLY**
                                                        **United States District Judge**