UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.  05-410 (CKK) |
| | : | |
| **WIDMAY DORVILIER, et al.** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING DATE

Defendant Widmay Dorvilier, through counsel, and Assistant United States Attorney Jeanne Marie Hauch respectfully request this court to continue the status hearing in this case to February 6 (after 10:30 a.m.), February 7, or February 8, 2006.  As reasons for this motion, the parties state the following:

1. The court has recently conducted a status hearing in Mr. Dorvilier's co-defendant, Jerome Joseph's case.

2. At that status hearing, the court was brought up-to-date on Mr. Joseph's status.

3. Mr. Dorvilier's and Mr. Joseph's status are identical.

4. Matters discussed at Mr. Dorvilier's status hearing will be exactly the same as those discussed at Mr. Joseph's status hearing.

4. AUSA Hauch will be unavailable for the currently-scheduled status hearing and would send substitute counsel.

5. Counsel will meet with Mr. Dorvilier to bring him up-to-date on recent developments in his case.

6.	A more meaningful and productive time to conduct the next status hearing for Mr. Dorvilier would be in early February, near the date Mr. Joseph's next status hearing is scheduled.

**WHEREFORE**, the parties respectfully request that the status hearing in this case be rescheduled for February 6 (after 10:30 a.m.), February 7, or February 8, 2006.

Respectfully submitted

/s/_____
JOANNE VASCO, ESQUIRE
Bar Number 367042
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Lorenzo Turner
(Appointed by the Court)


/s/_____
JEANNE MARIE HAUCH
Assistant United States Attorney
National Security Section
Bar Number 426585
555 Fourth Street, N.W.
Washington, DC 20530
202.514.5776