UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No.   05-410 (CKK)** |
| **WIDMAY DORVILIER, et al.** | : | |
| **Defendant** | : | |

# ORDER

Upon consideration of the parties' motion to continue status hearing date, it is this

_____day of December, 2006,

**ORDERED,** that the motion is granted, and that the status hearing originally scheduled for December 21, 2006 be and is hereby

**RESET** for _____, 2006, at _____.

_____
Colleen Kollar-Kotelly
United States District Judge