UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 05-410 (CKK) |
| WIDMAY DORVILIER, et al. : | |
| Defendant : | |

### ORDER

Upon consideration of the parties' motion to continue status hearing date, it is this _19th_ day of December, 2006,

ORDERED, that the motion is granted, and that the status hearing originally scheduled for December 21, 2006 be and is hereby

RESET for _Feb. 8, 2007_, 2006, at _9:30 AM_

_____
Colleen Kollar-Kotelly
United States District Judge