UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CRIMINAL NO. 05-410-01 |
| | : | Judge Colleen Kollar-Kotelly |
| | : | |
| WIDMAY DORVILIER | : | |
| | : | |
| Defendant | : | |

### ORDER

The probation office shall file its updated Presentence Report by no later than <u>DECEMBER 21, 2007</u>.

The Government shall file its Memorandum in Aid of Sentencing and 5K 1.1 by no later than <u>JANUARY 11, 2008</u> and Defendant to file its Memorandum in Aid of Sentencing by no later than <u>JANUARY 18, 2008</u>, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>JANUARY 30, 2008 9:30 A.M.</u>

IT IS SO ORDERED,

Date: Oct 17, 2007

Colleen Kollar-Kotelly
United States District Judge

cc:     Chambers
        Files
        Probation
        Jeanne Hauch, AUSA
        Joanne Vasco, Esq