U.S. v. Widmay Dorvilier and Jerome Joseph  05-410 (CKK)
U.S. v. Fanel Joseph  06-350 ( CKK)

ATTACHMENTS

VICTIM IMPACT STATEMENTS **(REDACTED)**:

The following initials have been used:

M.D. = Father of child victim
F.M.D. = Mother of child victim
J.D. = Child victim
G.P. = Family friend

A.	STATEMENT OF "M.D." (FATHER OF VICTIM)

B.	STATEMENT OF "F.M.D." (MOTHER OF VICTIM)

ATTACHMENT A
STATEMENT OF "M.D." (FATHER OF VICTIM)

# VICTIM IMPACT STATEMENT:

Your name: ,           M.D.

Defendant: WIDMAY DONVILIER, JEROME JOSEPH, FANEL JOSEPH

Criminal Case Number:

Sentencing date: 1/30/08 - 1/31/08

Name of Judge: _____

Name of Prosecutor: JEANNE HAULTH

If anyone assisted you in filling out this form, please list her/his name and affiliation.

Name: ,           G.P.

Affiliation: Friend & Witness

2

# PHYSICAL IMPACT:

*Please check all physical injuries that resulted directly from the crime.*

___ Red marks (choking marks) ___ Concussion
___ Scratches, cuts, scrapes, bite marks ___ Burns
___ Welts, knots, lost hair
___ Broken blood vessels; bleeding　　　　　___ Complications with Pregnancy
___ Stitches and staples　　　　　___ Sprains, broken bones
___ Unconscious　　　　　___ Internal injuries
___ lacerations and stab wounds　　___ bruises and swelling ___ Busted lip

*Describe the injuries as well as any long-term health problems, hospitalizations, and the impact that your health problems have had on your daily functioning.*

No Physical injuries occurred.

3

# EMOTIONAL IMPACT

*Please describe your reactions during and immediately following the incident. The following checklist can be used as a guideline if you think it is helpful.*

- [x] shock
- [x] sadness
- [x] confusion
- [ ] feeling betrayed
- [x] thoughts about dying
- [x] felt terrorized
- [ ] helplessness
- [ ] numbness
- [x] fear of being mutilated
- [x] fear
- [x] wishing you were dead
- [x] anger
- [x] depressed

I felt terrorized because my son were in a place where I don't know and I couldn't handle the pressure they were giving me and I didn't want them to kill my boy.

*What were your reactions following the crime, when your feelings and responses may have been the most intense? The following checklist can be used as a guideline if you think it is helpful.*

- [x] afraid of everything/terrified
- [x] fear of being re-victimized
- [x] embarrassment or shame
- [ ] physical ailments
- [x] uncontrollable crying
- [x] unable to concentrate
- [ ] fear of him killing me
- [x] panic/phobic reactions
- [ ] fear of law enforcement
- [ ] blaming self for what happened
- [ ] thoughts of suicide
- [x] anger
- [x] desire to be alone; withdrawing

*Please describe any of the items you checked.*

Until today, we have the fear of being re-victimized and we are afraid of everybody. As a result the division of my family my wife and children in the States and myself in Haiti.

*How has this crime effected your ability to perform your work, make a living, run a household, or enjoy any other activities previously performed or enjoyed?*

My home is divided. My wife as a staff member in my business can't work anymore. I can't have a direct influence on the education of my kids. And I can't take time to supervise my work due to fear.

*Since you were assaulted, how have you felt about the violence you endured? The following checklist is to*

4

*help you to remember the impact. Please describe in your own words how the crime has changed your life.*

- ☒ don't trust people
- ☒ sleep problems
- ☒ "flashbacks" or nightmares about the crime
- ☒ anxiety, shaking, feeling panicky or jumpy
- ☒ trouble concentrating
- ☒ avoiding places/people that remind you of incident*
- ☒ changed feelings of personal safety or well-being
- ☒ more withdrawn and isolated
- ☒ irritability
- ☒ crying or feeling depressed
- ☐ suicidal thoughts more of the time
- ☒ trouble getting along with friends/family
- ☐ if you are religious - less faith in God
- ☒ less confidence in abilities and judgement

*Please describe any of the items you checked.*

It's like a nightmare that I live everyday and every night and it takes me a lot of time to take these ideas away, so trouble concentrating. Sometimes I feel that I'm weak in life and I'm wandering why do I need to work. Sometimes, it's painful to realize that I can't get along with my friends, my relatives and my love ones.

5

# FINANCIAL IMPACT

| Type of Cost | Cost | Reimbursement to date |
|---|---|---|
| Hospital Emergency | | |
| Other medical | Psychiatric $3.000 us | |
| Mental Health | | |
| Destroyed Property | | |
| Lost wages from rehabilitation | | |
| Lost wages from court attendance | | |
| Lost wages resulting from job loss | My wife lost her job. $30.000 US a year | |
| Installed new locks | | |
| Moving expenses | It costs me $2,500 us monthly to take care of them | |
| Other | I gave $30.000 ht to the kidnappers | |

*Please describe any financial loss including the total amount of loss to you (total cost less any reimbursement)*

I had to see doctors, I spent $3.000 us all together; my wife lost her job which is evaluated to $30.000 us. Due to that situation, my family lives now in Miami and it costs me $2,500 us a month to take care of them which is $30.000 us a year, plus $30.000 haitian money that I gave to the kidnappers which is about $4.000 us. All together, I spent $70.000 us

6

## CONCLUSION

*What would you like to see happen to the defendant in terms of the following:*

1) jail term - Please say what you think is fair and why.

I wish that they get exactly what is necessary in this case.

2) If applicable, do you want the defendant to give you back any of the money that you lost as a result of the offense? If not, why not.

I would greatly appreciate to recieve my money back

3) Do you want the defendant to be required to get treatment while either incarcerated or on probation? If you knew the defendant, would you recommend any particular type of treatment?

___ alcohol abuse          ___ drug treatment (drug of choice is crack)

___ batterer treatment     ___ psychiatric treatment

I don't think they were under the influence of any drugs. I don't think they need that.

4) Do you have fears about the defendant contacting you in the future? Would you like the defendant to be ordered to stay away from you as a condition of probation/parole?

Of course, I do have fears for my family and myself in the future. I'd like them to stay away of my home and my business.

5) Would you like to attend a parole hearing if/when the defendant is being considered for parole?

Yes, I would like to.

November 08, 2007                              M.D.
Date                                           Signature

7

ATTACHMENT B
STATEMENT OF "F.M.D." (MOTHER OF VICTIM)

# VICTIM IMPACT STATEMENT:

Your name: F.M.D.

Defendant: WIDMAY DONVILISA, JEROME JOSEPH, FANEL JOSEPH

Criminal Case Number:

Sentencing date: Jan 30-31, 2008

Name of Judge: _____

Name of Prosecutor  AUSA JEANNE HAUCH

If anyone assisted you in filling out this form, please list her/his name and affiliation.

Name: _____

Affiliation: _____

2

# PHYSICAL IMPACT:

*Please check all physical injuries that resulted directly from the crime.*

X Red marks (choking marks) \_\_\_\_Concussion
X Scratches, cuts, scrapes, bite marks \_\_\_\_Burns
\_\_\_\_Welts, knots, lost hair
\_\_\_\_Broken blood vessels; bleeding          \_\_\_\_Complications with
\_\_\_\_Stitches and staples                            Pregnancy
\_\_\_\_Unconscious                              \_\_\_\_Sprains, broken bones
\_\_\_\_lacerations and stab wounds             \_\_\_\_Internal injuries
                                                bruises and swelling   \_\_Busted lip

*Describe the injuries as well as any long-term health problems, hospitalizations, and the impact that your health problems have had on your daily functioning.*

After the injuries, J.D. had a hard time to feel good about his health. He got fever red marks and lost weight for the next three months following the injuries. Until now he never got the weight he lost. His dad was affected because the slap him with a gum the day of the injuries. We do not know if J.D. had other physical injuries during the four days he spent in the place he were at this time.

3

# EMOTIONAL IMPACT

*Please describe your reactions during and immediately following the incident. The following checklist can be used as a guideline if you think it is helpful.*

- [x] shock
- [x] sadness
- [x] confusion
- [ ] feeling betrayed
- [ ] thoughts about dying
- [ ] felt terrorized
- [ ] helplessness
- [ ] numbness
- [ ] fear of being mutilated
- [ ] fear
- [ ] wishing you were dead
- [ ] anger
- [x] depressed

*What were your reactions following the crime, when your feelings and responses may have been the most intense? The following checklist can be used as a guideline if you think it is helpful.*

- [x] afraid of everything/terrified
- [x] fear of being re-victimized
- [ ] embarrassment or <u>shame</u>
- [ ] physical ailments
- [x] uncontrollable crying
- [ ] unable to concentrate
- [ ] fear of him killing me
- [ ] panic/phobic reactions
- [ ] fear of law enforcement
- [ ] blaming self for what happened
- [ ] thoughts of suicide
- [ ] anger
- [ ] desire to be alone; withdrawing

*Please describe any of the items you checked.*

Following the crime J.D. was afraid of everything. He felt like running when he saw someone near Mom and Dad's car and when he saw a police officer. Since all the family can not control crying every time they remember about the situation.

*How has this crime effected your ability to perform your work, make a living, run a household, or enjoy any other activities previously performed or enjoyed?*

We take the first year and half for a re-adaptation. J.D. still can not handle the crime.

*Since you were assaulted, how have you felt about the violence you endured? The following checklist is to*

4

help you to remember the impact. Please describe in your own words how the crime has changed your life.

_x_ don't trust people
_x_ sleep problems
_x_ "flashbacks" or nightmares about the crime
_x_ anxiety, shaking, feeling panicky or jumpy
___ trouble concentrating
___ avoiding places/people that remind you of incident*
_ changed feelings of personal safety or well-being
__ more withdrawn and isolated
___ irritability
___ crying or feeling depressed
___ suicidal thoughts more of the time
__ trouble getting along with friends/family
___ if you are religious - less faith in God
_ less confidence in abilities and judgement

Please describe any of the items you checked.

We feel cannot trust people since he was question that family friends were implicated in the crime. Personally I have sleep problems every time J.D. feels sad or anxious because of the incidence. We still do not have problems to go back to Haiti because all other members of the family are there. But from here we are afraid about everything.

5

# FINANCIAL IMPACT

| Type of Cost | Cost | Reimbursement to date |
|---|---|---|
| Hospital Emergency | | |
| Other medical | | |
| Mental Health | | |
| Destroyed Property | | |
| Lost wages from rehabilitation | | |
| Lost wages from court attendance | | |
| Lost wages resulting from job loss | | |
| Installed new locks | | |
| Moving expenses | | |
| Other | | |

*Please describe any financial loss including the total amount of loss to you (total cost less any reimbursement)*

**CONCLUSION**

*What would you like to see happen to the defendant in terms of the following:*

1) jail term - Please say what you think is fair and why.

Yes. Its fair to see people who hurt yourself and your family in jail term. All humans are striving for justice and equity. This can reassure the family.

2) If applicable, do you want the defendant to give you back any of the money that you lost as a result of the offense? If not, why not.

No, because money can not heal and help them us to minimize all the negative impact.

3) Do you want the defendant to be required to get treatment while either incarcerated or on probation? If you knew the defendant, would you recommend any particular type of treatment?

___ alcohol abuse            ___ drug treatment (drug of choice is crack)

___ batterer treatment       ___ psychiatric treatment

4) Do you have fears about the defendant contacting you in the future? Would you like the defendant to be ordered to stay away from you as a condition of probation/parole?

Yes I have fears. I am wondering if one day after their jail term, they meet a member of my family what they will be their reactions

5) Would you like to attend a parole hearing if/when the defendant is being considered for parole?

Yes.

11/16/2007
Date

F.M.D.
Signature

7

TOTAL P.13