HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0410</u> | JAN 3 0 2008 |
|---|---|---|---|
| vs. | : | SSN: | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Dorvilier, Widmay | : | Disclosure Date: <u>August 11, 2006</u> | |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____8/22/06_____
Prosecuting Attorney                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Defendant | Date | Defense Counsel | Date |

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 25, 2006**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**　　　　　　　　　　　　　　　　　　　　　　Page 2

_See attached please._

Signed by: _____
(Defendant/Defense Attorney/**AUSA**)

Date: 8/22/06

UNITED STATES V. WIDMAY DORVILIER
GOVERNMENT'S COMMENTS ON PRESENTENCE REPORT

P. 4 ¶6 The parties also agreed that the defendant would not seek any downward departures from the applicable guideline range.

P. 6 ¶ 12 [14] line 2 "Proceed" should be "proceeded."

P. 6 ¶ 14 [16] line 3 "The" should be deleted.

P. 10 ¶35 line 3 Insert "he" between "where" and "did."

[44]